**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Staci Burk, | No. CV-21-00757-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Arizona Democratic Party, et al., | |
| Defendants. | |

The Court has received Plaintiff Staci Burk's Complaint and Motion for Emergency Injunctive Relief, Temporary Restraining Order, and Request for Emergency Show Cause Hearing (with Notice). (Docs. 4, 5)

Plaintiff's claims are based on alleged spoliation of evidence "subject to proceeding currently pending before the United States Supreme Court." (Doc. 4 at 2) Plaintiff petitioned the Supreme Court for a writ of certiorari in matter No. 20-1243, *Burk v. Ducey, et al.* on March 3, 2021. (Doc. 4 at 4) The United States Supreme Court denied certiorari in a memorandum opinion on May 3, 2021. *Burk v. Ducey, et al.*, No. 20-1243, 2021 WL 1725205 (U.S. May 3, 2021). The underlying case on which this matter is based no longer exists. Therefore, Plaintiff's claims are mooted. *See Kearns v. Ford Motor Co.*, 567 F.3d 1120, 1127 (9th Cir. 2009) (quoting *United States v. Geophysical Corp. of Alaska*, 732 F.2d 693, 698 (9th Cir.1984)) ("A claim is moot if it has lost its character as a present, live controversy.").

Therefore,

**IT IS ORDERED denying** Plaintiff's Motion for Emergency Injunctive Relief, Temporary Restraining Order, and Request for Emergency Show Cause Hearing (with Notice). (Doc. 5)

**IT IS FURTHER ORDERED dismissing** Plaintiff's Complaint (Doc. 4) as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this action accordingly.

Dated this 3rd day of May, 2021.

Honorable Steven P. Logan
United States District Judge